UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Desmond M. White

           Plaintiff(s),                   Case No. 15-13085

v.                                     Honorable Sean F. Cox

Hon. Judge Timohty M. Kenny, et. al.

           Defendant(s).
_____/

ORDER RE: DISQUALIFICATION OF JUDGE

Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

**IT IS ORDERED** that in accordance with E.D. Mich. LR 83.11(d), this case be reassigned by blind draw to another judge of this court.

Date: September 2, 2015                    s/Sean F. Cox
                                                     Sean F. Cox
                                                     U.S. District Judge

---

Pursuant to this order, this case is reassigned to Judge Mark A. Goldsmith. Case assignment credit will be given to the appropriate Judicial Officers.

Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: September 2, 2015                    s/ S Schoenherr
                                                     Deputy Clerk