UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DESMOND M. WHITE,

       Plaintiff,                               Case No. 15-cv-13085
                                               Hon. Mark A. Goldsmith

vs.

TIMOTHY M. KENNY, et al.,

       Defendants.

_____/

## **JUDGMENT**

      For the reasons stated in the order entered on this date, judgment is entered dismissing Plaintiff's complaint without prejudice.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

Dated: May 9, 2016                   By:   Karri Sandusky
                                                       Deputy Court Clerk

APPROVED:

s/ Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge